IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LEPHAINE JEFF CHARLES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 317-027 |
| STACEY STONE, Warden; S.R. GILLIS, Assistance Warden; L. FAISON, Shift Supervisor; D. TOWNS, Officer; and MRS. WILLIAMS, Officer, individually and in their official capacities, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Defendants Stone, Gillis, and Faison, and **DISMISSES** Defendants Stone, Gillis, and Faison from this case. As remaining Defendants have filed an answer, the Court **DIRECTS** the Clerk to issue a scheduling notice.

SO ORDERED this 18th day of December, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE