FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 FEB -8 AM 9:51
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LEPHAINE JEFF CHARLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-027 |
| | ) | |
| STACEY STONE, Warden; S.R. GILLIS, | ) | |
| Assistance Warden; L. FAISON, Shift | ) | |
| Supervisor; D. TOWNS, Officer; and MRS. | ) | |
| WILLIAMS, Officer, individually and in | ) | |
| their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On December 18, 2017, the Court adopted the Magistrate Judge's Report and Recommendation ("R&R") (doc. no. 14), dismissed Plaintiff's claims against Defendants Stone, Gillis, and Faison, and dismissed Defendants Stone, Gillis, and Faison from this case. (Doc. no. 27.) After the Court entered its December 18th Order, Plaintiff requested a fifteen-day extension to file objections to the R&R, and the Court granted him an extension until the close of business on January 25, 2018, to file any objections. (Doc. nos. 29, 32.) Plaintiff has now submitted objections signed on January 22, 2018. (Doc. no. 33.) Accordingly, the Court **VACATES** its December 18th Adoption Order. (Doc. no. 27.)

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 33.) None of Plaintiff's objections provide any reason to depart from the conclusions in the R&R.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Defendants Stone, Gillis, and Faison, and **DISMISSES** Defendants Stone, Gillis, and Faison from this case.

SO ORDERED this 8th day of February, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE