IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LEPHAINE JEFF CHARLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-027 |
| | ) | |
| D. TOWNS, Officer; and MRS. WILLIAMS, | ) | |
| Officer, individually and in their official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, an inmate formerly incarcerated at the Federal Correctional Institution in Beaver, West Virginia, commenced the above-captioned case pursuant Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971), regarding events alleged to have occurred at McRae Correctional Facility in McRae, Georgia. Plaintiff is proceeding *pro se* and sought leave to proceed *in forma pauperis* ("IFP"). (Doc. no. 4.) The Court granted Plaintiff leave to proceed IFP on May 11, 2017, subject to compliance with the conditions of its Order. (Doc. no. 8.) However, Plaintiff has been released from incarceration, (see doc. no. 35), and thus he can no longer proceed IFP pursuant to his former status as an incarcerated litigant. Therefore, the Court **REVOKES** Plaintiff's leave to proceed IFP.

As Plaintiff's IFP status has been revoked, Plaintiff must submit the $400.00 filing fee or

a new motion to proceed IFP if he wishes to pursue the above-captioned case.[1] See Loc. R. 4.1. Plaintiff shall have fourteen days from the date of this Order to submit the filing fee or any appropriate IFP forms. Upon receipt of the new IFP motion, the Court will determine whether Plaintiff should be granted leave to proceed IFP or whether Plaintiff should pay the $400.00 filing fee. If no response is timely received from Plaintiff, the Court will presume he desires to have this case voluntarily dismissed and will recommend dismissal of this action, without prejudice. Plaintiff is cautioned that, while this action is pending, he shall immediately inform this Court of any change of address.

<u>Failure to comply with the terms of this Order within fourteen days of the undersigned date will result in a recommendation to the presiding District Judge that this case be dismissed without prejudice.</u>

SO ORDERED this 16th day of April, 2018, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to attach a copy of the standard IFP form and supporting affidavit used by non-incarcerated *pro se* litigants filing a civil rights case in the Southern District of Georgia, stamped with this case number, to Plaintiff's service copy of this Order.