FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 JUN -4 AM 11:33

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LEPHAINE JEFF CHARLES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 317-027 |
| D. TOWNS, Officer; and MRS. WILLIAMS, Officer, individually and in their official capacities, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ____ day of June, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE