# United States District Court
## Southern District of Georgia

LEPHAINE JEFF CHARLES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 317-027

D. TOWNS, Officer; and MRS. WILLIAMS, Officer, individually and in their official capacities,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 4, 2018 adopting the Report and Recommendation as the opinion of the Court, that this case is dismissed without prejudice. This case stands closed.

06/04/2018
Date



Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk